MONICA Y. KIM (State Bar No. 180139)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  MYK@LNBYB.COM; JSK@LNBYB.COM

Attorneys for Timothy J. Yoo,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>BLUE GLOBAL, LLC,<br><br>     Debtor and Debtor in Possession.<br><br>────────────────────<br><br>TIMOTHY J. YOO, CHAPTER 7 TRUSTEE,<br><br>     Plaintiff,<br><br>v.<br><br>GLOBAL AGORA DBA UNION SQUARE ,<br><br>     Defendant.<br><br>──────────────────── | ) Case No.: 2:17-BK-10900-ER<br>)<br>) Chapter 7 Case<br>)<br>) Adversary Case No. _____<br>)<br>)<br>)<br>) COMPLAINT FOR:  (1)  AVOIDANCE<br>) AND  RECOVERY  OF  PREFERENTIAL<br>) TRANSFERS [11 U.S.C. §§ 547(b), 550(a),<br>) AND  551];  AND  (2)  DISALLOWANCE<br>) OF    ANY    CLAIMS    HELD    BY<br>) DEFENDANT [11 U.S.C. § 502(d)]<br>)<br>)<br>)<br>)<br>) |

Plaintiff Timothy J. Yoo, the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the

bankruptcy estate of Blue Global, LLC (the "Debtor"), respectfully alleges as follows:

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151,

157(b)(2)(A),(E), (K) and (O), and 1334.

2.      This adversary proceeding is brought pursuant to Rule 7001, *et seq.* of the Federal Rules of Bankruptcy Procedure and Sections 502, 547, 550, and 551 of title 11 of the United States Code, sections 101, *et seq.* (the "Bankruptcy Code").

3.      Venue in this Court is proper pursuant to 28 U.S.C. § 1409 as this adversary proceeding arises in and relates to a case under title 11 of the United States Code that is pending in this District.

4.      This is a "core" proceeding as defined by 28 U.S.C. §§ 157(b)(2)(A), (E), (K) and (O).

## PARTIES

5.      On January 25, 2017 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

6.      Subsequently, the Trustee was duly-appointed as the Chapter 7 trustee in the above-captioned bankruptcy case, a capacity in which he continues to serve to date.

7.      Defendant Global Agora Dba Union Square  ("Defendant") was a creditor of the Debtor during the period commencing ninety (90) days prior to the Petition Date and concluding on the Petition Date.

## GENERAL ALLEGATIONS

8.      As set forth in **Exhibit "1"** hereto, which is attached for informational purposes only and is subject to amendment, and specifically incorporated herein by reference, the Debtor made transfers totaling $144,450.00 to or for the benefit of the Defendant, within the ninety (90) days prior to the Petition Date (the "Transfers").[4]

9.      In addition to the Transfers, based on the Debtor's filed statement of financial affairs (the "SOFA"), among other things, the Trustee is informed and believes that there may

---

[4] The amount and date of each of the Transfers are set forth in **Exhibit "1"** hereto.

be additional transfers (the "Additional Transfers") that were made by the Debtor to the Defendant within the ninety (90) days prior to the Petition Date.  A true and correct copy of the SOFA is attached as **Exhibit "2"** hereto.

10.    The Trustee is informed and believes, and based thereon alleges that, prior to receiving the Transfers, (i) Defendant provided goods and/or services to the Debtor or (ii) the Debtor was otherwise indebted to Defendant.   After such debts were created, the Debtor made the Transfers on account of those obligations.  As such, the Transfers were payments on account of antecedent debts owed by the Debtor to Defendant.

11.    The Trustee is informed and believes, and based thereon alleges, that the Transfers were a transfer of an interest of the Debtor in property.

12.    The Trustee is continuing his investigation to determine whether there may be additional payments in addition to the Transfers (including the Additional Transfers), which may have been made to Defendant that is subject to avoidance and recovery under the Bankruptcy Code and the Trustee reserves all of his rights and claims in that regard.

## **FIRST CLAIM FOR RELIEF**

[FOR AVOIDANCE OF PREFERENTIAL TRANSFERS – 11 U.S.C § 547]

13.    The Trustee re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 12, inclusive, as though fully set forth herein.

14.    The Transfers were of property interests of the Debtor.

15.    The Transfers were made to or for the benefit of Defendant at a time in which Defendant was creditor of the Debtor.

16.    The Transfers were for or on account of antecedent debts owed by Debtor before such Transfers were made.

17.    The Transfers were made while Debtor was insolvent.

18.     The Transfers enabled Defendant to receive more than Defendant would otherwise receive if (a) the Debtor's bankruptcy case was a case under chapter 7 of the Bankruptcy Code; (b) the Transfers had not been made; and (c) Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

19.     Each of the Transfers was made within ninety (90) days prior to the Petition Date.

20.     The Transfers may be avoided pursuant to 11 U.S.C. § 547(b).

21.     The Trustee is entitled to an order and judgment under 11 U.S.C. § 547 that the Transfers are avoided and recovered for the benefit of the Debtor's creditors.

## SECOND CLAIM FOR RELIEF

[FOR RECOVERY OF PROPERTY - 11 U.S.C. §§ 550 and 551]

22.     The Trustee re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 21, inclusive, as though fully set forth herein.

23.     The Trustee is informed and believes and, based upon thereon alleges, that Defendant is the initial transferee of the Transfers, or the entity for whose benefit the Transfers were made, or is the immediate or mediate transferee of the initial transferee receiving such Transfers.

24.     Pursuant to 11 U.S.C. § 550(a), the Trustee is entitled to recover the Transfers, together with interest thereon, as set forth above.

25.     Pursuant to 11 U.S.C. § 551, the Trustee is entitled to preserve the Transfers for the benefit of the Debtor's estate.

26.     The Trustee is entitled to an order and judgment under 11 U.S.C. § 547 and 11 U.S.C. §§ 550 and 551 that the Transfers are avoided and recoverable, and preserved for the benefit of the Debtor's estate.

4

**THIRD CLAIM FOR RELIEF**

[FOR DISALLOWANCE OF CLAIM - 11 U.S.C. § 502(d)]

27.    The Trustee re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 26, inclusive, as though fully set forth herein.

28.    Defendant is an entity from which property is recoverable under 11 U.S.C. §§ 542, 543, 550 or 553, or Defendant received an avoidable transfer under 11 U.S.C. §§ 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a).

29.    Defendant has not paid the amount, or turned over any such property for which Defendant is liable under 11 U.S.C. §§ 522(i), 542, 543, 550, or 553 of the Bankruptcy Code.

30.    Pursuant to 11 U.S.C. § 502(d), Defendant's claims, to the extent that Defendant asserts a claim or claims, should be disallowed.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Trustee prays for a judgment on this Complaint, as it may be amended from time to time, as follows:

1.    For avoidance of the Transfers;

2.    For recovery from Defendant by the Trustee of the amount of the Transfers;

3.    For disallowance of any claims asserted by, or scheduled for, Defendant.

4.    For recovery of interest, costs, and attorneys' fees and expenses, to the extent recoverable under applicable law and the evidence submitted to the Bankruptcy Court; and

/ / /

/ / /

/ / /

/ / /

5.    For such other and further relief as the Court deems just and proper.

DATED: August 25, 2017                    LEVENE, NEALE, BENDER, YOO &
                                          BRILL L.L.P.

                                          By:    */s/ Jeffrey S. Kwong*
                                                 MONICA Y. KIM
                                                 JEFFREY S. KWONG
                                                 Attorneys for Plaintiff
                                                 Timothy J. Yoo, Chapter 7 Trustee

# EXHIBIT "1"

| | | | | | |
|---|---|---|---|---|---|
| Global Agora Dba Union Square | 2-Dec | | Bank of AZ (x1393) | $ 10,500.00 | |
| | 23-Dec | | Bank of AZ (x1393) | $ 35,020.00 | |
| | 30-Dec | | Bank of AZ (x1393) | $ 21,995.00 | |
| | 4-Nov | | Chase (x1165) | $ 24,910.00 | |
| | 10-Nov | | Chase (x1165) | $ 23,100.00 | |
| | 18-Nov | | Chase (x1165) | $ 16,930.00 | |
| | 25-Nov | | Chase (x1165) | $ 11,995.00 | $ 144,450.00 |

# EXHIBIT "2"

| Fill in this information to identify the case: |
|---|
| Debtor name **Blue Global, LLC** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$260,290.47** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br><br>■ Other  **Gross Revenue; Net Operating Income:**<br>**1,811,396.49** | **$20,799,194.98** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$11,123,164.00** |
| **For the fiscal year:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$4,324,320.00** |

2.   **Non-business revenue**
     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Blue Global, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Sphere Digital, LLC**<br>**500 N Michigan A #1540**<br>**Chicago, IL 60611** | **last 90 days** | **$605,601.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Zeta Ineteractive dba Spire Vision**<br>**1000 Wisconsin Ave, NW Ste 100**<br>**Washington, DC 20007** | **last 90 days** | **$601,723.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Automatic Data Processing (ADP)**<br>**7474 W. Chandler Blvd.**<br>**Chandler, AZ 85226** | **last 90 days** | **$536,306.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Green Capital Funding**<br>**One Evertrust Plaza, Ste 1401**<br>**Jersey City, NJ 07302** | **last 90 days** | **$305,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Global Agora Dba Union Square**<br>**429 Lenox Avenue 5th Floor**<br>**Miami Beach, FL 33139** | **last 90 days** | **$203,530.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **4 Play Media LLC**<br>**3909 Hartzdale Drive, Ste 907**<br>**Camp Hill, PA 17011-7838** | **last 90 days** | **$203,400.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Soundside Holdings Inc**<br>**100 Northcliff Dr. #711.**<br>**Gulf Breeze, FL 32562** | **last 90 days** | **$141,509.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Blue Global, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **Natural Intelligence**<br>Lincoln St 20, Tel Aviv-Yafo,<br>Isreal | last 90 days | $141,087.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.9.  **Proffiliates, Inc**<br>50 California Street  Suite 1500<br>San Francisco, CA 94111 | last 90 days | $122,700.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.10.  **Ad Practitioners, LLC**<br>81-82 Street C, Ste 204<br>Dorado, PR 00646 | last 90 days | $122,614.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11.  **Texas Email Company LLC**<br>3715 Gamlin Bend Drive<br>Houston, TX 77082 | last 90 days | $110,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.12.  **Comerica Bank**<br>2321 Rosecrans Avenue, Suite 5000<br>El Segundo, CA 90245 | last 90 days | $93,885.13 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.  **MaxBounty, Inc**<br>PO Box 17039<br> Ottowa ON K4A 4W8  Canada | last 90 days | $84,984.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.14.  **Interlincx Media Corporation**<br>8766 Holloway Dr .<br>West Hollywood, CA 90069 | last 90 days | $83,293.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.15.  **American Express**<br>PO Box 981537<br>El Paso, TX 79998 | last 90 days | $81,313.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **Blue Global, LLC**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **State of New York**<br>**One State Street, 19th Floor**<br>**New York, NY 10004** | **last 90 days** | **$80,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other___ |
| 3.17. **Luav LLC**<br>**12500 Fair Lakes Circle, Suite 130**<br>**Fairfax, VA 22033** | **last 90 days** | **$72,002.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.18. **Unique Funding Solutions**<br>**3 Hunting Quadrange #407**<br>**Melville, NY 11747** | **last 90 days** | **$69,194.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **PowerUp Lending**<br>**111 Great Neck Road, Ste 216**<br>**Great Neck, NY 11021** | **last 90 days** | **$63,629.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.20. **AdMediary**<br>**25876 The Old Road #227**<br>**Stevenson Ranch, CA 91381** | **last 90 days** | **$55,586.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.21. **TechMediaNetwork Inc**<br>**251 20th Street, 2nd Floor**<br>**Ogden, UT 84401** | **last 90 days** | **$52,255.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.22. **Alliance Marketing Partners**<br>**10601 Tierrasanta**<br>**BL G371**<br>**San Diego, CA 92124** | **last 90 days** | **$49,261.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.23. **Madrivo Media**<br>**3889 S. Easter Ave .**<br>**Las Vegas, NV 89169** | **last 90 days** | **$46,400.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor    **Blue Global, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. | **Mantis Funding**<br>**64 Beaver Street, Ste 344**<br>**New York, NY 10004-2508** | **last 90 days** | **$43,976.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. | **Data Monetization Services**<br>**6440 Lusk Blvd  Ste D-211**<br>**San Diego, CA 92121** | **last 90 days** | **$41,044.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | **B Two Direct, LLC**<br>**100 Sterling Parkway**<br>**Ste. 305**<br>**Mechanicsburg, PA 17050** | **last 90 days** | **$39,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **Flex Marketing Group**<br>**2150 Broadway #7D**<br>**New York, NY 10023** | **last 90 days** | **$38,984.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **EIN Capital**<br>**160 Pearl Street, 5th FL**<br>**New York, NY 10005** | **last 90 days** | **$35,984.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. | **Rightful Software Pvt, Ltd**<br>**B-11 INDIRA MARKET RAVISHANKAR**<br>**NAGAR ARE**<br>**COLONY BHOPAL MADHYA**<br>**PRADESH 462001  INDIA** | **last 90 days** | **$35,736.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. | **Dream Direct** | **last 90 days** | **$35,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. | **Law Ofcs of Daniel Balsam**<br>**2601C Blanding Ave #271**<br>**Alameda, CA 94501** | **last 90 days** | **$34,881.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **Blue Global, LLC**                                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.32<br>. | **Iovation**<br>111 SW 5th Avenue Ste 3200<br>Portland, OR 97204 | last 90 days | $333,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.33<br>. | **Company Responder Inc**<br>"5348 Vegas Drive #789<br>Las Vegas, NV 89108 | last 90 days | $33,103.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34<br>. | **Blue Shield of California**<br>PO Box 272560<br>Chico, CA 95927 | last 90 days | $31,257.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35<br>. | **PowerUp Lending**<br>111 Great Neck Road, Ste 216<br>Great Neck, NY 11021 | last 90 days | $28,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36<br>. | **LeadsMarket**<br>21600 Oxnard St, Suite 1900<br>Woodland Hills, CA 91367 | last 90 days | $27,317.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.37<br>. | **All Inbox, LLC**<br>244 Fifth Ave.<br>Suite 1923<br>New York, NY 10001 | last 90 days | $26,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.38<br>. | **W4 LLC**<br>Dept LA 23609<br>Pasadena, CA 91185-3609 | last 90 days | $24,044.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39<br>. | **Seodev AB** | last 90 days | $22,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Blue Global, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.40 **Rackspace**<br>PO Box 730759<br>Dallas, TX 75373-0759 | last 90 days | $20,099.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.41 **Robinson Brog Leinwand**<br>**Greene Genovese & Gluck P.C.**<br>875 Third Ave, 9th FL<br>New York, NY 10220-1230 | last 90 days | $19,997.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42 **Ace Funding Source, LLC**<br>366 North Broadway, Ste 410<br>Jericho, NY 11753 | last 90 days | $19,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.43 **Neverblue Media Company Mn**<br>1221 Broad Street, Suite 303<br>Victoria BC V8W2A4 Canada | last 90 days | $18,663.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.44 **Diego Milano LLC** | last 90 days | $16,073.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.45 **Pristine Media Group**<br>4305 Windsor Centre Trail Suite 400<br>Flower Mound, TX 75028 | last 90 days | $14,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.46 **Ellin and Tucker**<br>400 E Pratt St, Suite 200<br>Baltimore, MD 21202 | last 90 days | $13,681.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.47 **GlobalWide Media**<br>2945 Townsgate Road, #350<br>Westlake Village, CA 91361 | last 90 days | $13,608.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Blue Global, LLC**                                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.48. **Startervine**<br>**aka Culture Connective LLC**<br>**5235 E Southern Ave. D106-157**<br>**Mesa, AZ 85206** | last 90 days | $13,515.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.49. **Jennifer Schimmel** | last 90 days | $13,431.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.50. **Offer Annex**<br>**2362 E Springfield Pl .**<br>**Chandler, AZ 85286** | last 90 days | $12,527.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.51. **Inbox Media LLC**<br>**ATTN: Nguyen**<br>**"599 S Barranca Ave  Suite 212**<br>**Covina, CA 91723** | last 90 days | $11,701.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.52. **Partnersedge Network** | last 90 days | $11,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.53. **Monster Social Inc** | last 90 days | $11,400.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.54. **Singerlewak**<br>**10960 Wilshire Blvd, 7th Floor**<br>**Los Angeles, CA 90024** | last 90 days | $11,163.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.55. **Us Bank Home Mortgage**<br>**4801 Frederica St**<br>**Owensboro, KY 42301** | last 90 days<br>(on behalf of<br>Chris Kay) | $10,945.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Blue Global, LLC**                                          Case number *(if known)*  _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.56<br>. | **Amobee**<br>**950 Tower Lane Suite 2000**<br>**Foster City, CA 94404** | **last 90 days** | **$10,924.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.57<br>. | **Accredited Debt Relief LLC**<br>**591 Camino De La Reina, Ste 818**<br>**San Diego, CA 92108** | **last 90 days** | **$10,900.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.58<br>. | **Guardian Life Insurance Comp** | **last 90 days** | **$10,519.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.59<br>. | **Media Space Marketing Inc**<br>**2172 W. Nine Mile Road #146**<br>**Pensacola, FL 32534** | **last 90 days** | **$10,400.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.60<br>. | **New Horizon Bus Svc Inc NHBS**<br>**Attn Liz Roberts**<br>**1350 E Flamingo Rd #3329**<br>**Las Vegas, NV 89119** | **last 90 days** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.61<br>. | **Moxie Communications**<br>**4054 Del Rey Ave. Unit 204**<br>**Marina Del Rey, CA 90292** | **last 90 days** | **$9,100.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.62<br>. | **Hallier & Lawrence, PLC**<br>**3216 N 3rd Street #300**<br>**Phoenix, AZ 85012** | **last 90 days;**<br>**on behalf of**<br>**Chris Kay** | **$8,564.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.63<br>. | **Jeffrey Gaia** | **last 90 days** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Blue Global, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.64<br>. **Cheryl Wadsworth** | **last 90 days** | **$7,316.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.65<br>. **Blueprint Industries LLC**<br>**40 Broad St. 12A**<br>**New York, NY 10004** | **last 90 days** | **$7,300.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.66<br>. **Kristen Wratten** | **last 90 days** | **$6,891.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Christopher Kay**<br>**324 S Beverly Drive #708**<br>**Beverly Hills, CA 90212-1000**<br>**Manager/ 20% Member** | **last 90 days** | **$925,799.39** | **Draws were used to pay consultants and suppliers, divorce, legal fees, living expenses, and personal expenses.** |
| 4.2. **Paulina Kay**<br>**10422 McKinney Court**<br>**San Diego, CA 92131**<br>**former spouse of Member Chris Kay** | **last 90 days** | **$377,533.32** | **[Distributions of $377,533.32, contributions of $19,162.81]** |
| 4.3. **Jason Kay**<br>**2246 N 14th Street**<br>**Phoenix, AZ 85006-1719**<br>**Brother** | **last 12 months** | **$40,250.00** | **Salary as a consultant.** |
| 4.4. **Diego Milano LLC**<br>**615 South Dupont Highway**<br>**Dover, DE 19901**<br>**Manager/Member has interest in this business** | **last 12 months** | **$309,163.64** | **[$309,163.64 in distributions; $79,908.90 in contributions]** |
| 4.5. **Fundia Inc**<br>**7302 East Helm Suite 2005**<br>**Scottsdale, AZ 85260**<br>**Manager/Member has interest in this business** | **last 12 months** | **$81,214.03** | **[$81,214.03 in distributions; $1998.92 in contributions]** |

Debtor **Blue Global, LLC**

Case number *(if known)*

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Hoon Chung et al v Blue Global LLC et al**<br>**CGS15-549115** | **Collections** | **Superior Court, Cal. Cty. of San Francisco** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **Iovation v Blue Global**<br>**3:16-cv-00356-SI** | **Collections** | **Oregon Circuit Court for the County of Multnomah** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. | **Silverstein v Blue Global**<br>**BC636431** | **Collections** | **Superior Court of California, LA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.4. | **Cedric Brown v Blue Global, LLC; Blue Global Media, and Chris Kay**<br>**CV 2016-005811** | **Collections** | **Superior Court of AZ, Maricopa Cty**<br>**1501 W. Washington, #411**<br>**Case#CV 2016-005811**<br>**Phoenix, AZ 85007** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

---

Debtor    **Blue Global, LLC**

Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bereliani Law Firm, PC**<br>**11400 W. Olympic Blvd, Suite 200**<br>**Los Angeles, CA 90064** | | **December 30, 2016** | **$7,750.00** |
| | Email or website address<br>**sanaz@berelianilaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

| Debtor | Blue Global, LLC | Case number *(if known)* | |
|--------|------------------|--------------------------|--|

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Lead generation; information was purged when database was closed.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **America's Best 401(k)** | EIN: **TO BE PROVIDED** |

Has the plan been terminated?
■ No
☐ Yes

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|

Debtor    **Blue Global, LLC**

Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank** **P.O. Box 5227** **Cincinnati, OH 45201** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **2016 - closed by the bank** | **$0.00** |
| 18.2. | **Chase Bank USA** **PO Box 15298** **Wilmington, DE 19850** | **XXXX-1165** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **2016 - closed by the bank** | **$0.00** |
| 18.3. | **Arizona Bank & Trust** **2036 East Camelback Road** **Phoenix, AZ 85016** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **2016 - opened but never used, closed.** | **$0.00** |
| 18.4. | **Comerica Bank** **1717 Main Street** **Dallas, TX 75201** | **XXXX-8240** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **December 2016** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **US Storage Centers** **1201 E Cinnabar Avenue** **Phoenix, AZ 85020** | **Christopher Kay** | **Employee files for Blue Global & Inventory from Christopher Kay's business - Diego Milano.** | ☐ No ■ Yes |

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Blue Global, LLC**                                   Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

Debtor   **Blue Global, LLC**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Acquisition Media** | **Business purpose was to hold intellectual property but instead busines assets were trasferred to Adpath LLC (holding company). In 2014, when Blue Global had the ESOP, assets were transferred to Blue Global. No further interest in the business or ties to Acquisition Media after 2013.** | EIN:   **27-2699598**<br><br>From-To   **2013** |
| 25.2.   **Adpath, LLC**<br>**7302 East Helm, Suite 2005**<br>**Scottsdale, AZ 85260** | **Holding company; Blue Global had a 50% interest in this business. Held intellectual property for Blue Global in 2013-2014 until transfer to Blue Global, before the company ESOP.** | EIN:   **47-1113539**<br><br>From-To   **2014-2015** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Squar Milner LLP**<br>**Attn: Shashi Mirpuri/Grace Shirvani**<br>**15760 Ventura Blvd, Ste 1100**<br>**Encino, CA 91436** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.   **Squar Milner LLP**<br>**4100 Newport Place #600**<br>**Newport Beach, CA 92660** | |
| 26d.2.   **Comerica Bank**<br>**Attn: Laura H Alfaro, VP**<br>**2321 Rosecrans Ave, Ste 5000**<br>**El Segundo, CA 90245** | |
| 26d.3.   **Robinson Brog Leinwand**<br>**Greene Genovese & Gluck P.C.**<br>**875 Third Ave, 9th FL**<br>**NY 10220-1230** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor **Blue Global, LLC**        Case number *(if known)* _____

| Name and address |
| --- |

26d.4.    **Jeffrey P Gaia**
**5610 E Sanna Street**
**Paradise Valley, AZ 85253**

26d.5.    **B2B CFO**
**ATTN: Brian Rowland**
**PO Box 5131**
**Scottsdale, AZ 85261**

26d.6.    **Cristina St. Clair/Jim Wessel**
**The Private Bank at Bank of Arizona**
**16767 N Perimeter Drive, Ste 200**
**Scottsdale, AZ 85260**

26d.7.    **US Bank**
**Attn: Julie Siemieniec**
**Private Client Group**
**9719 N Hayden Road**
**Scottsdale, AZ 85258**

26d.8.    **Wilmington Trust, NA**
**Attn: Ginny Machamer, VP**
**1100 North Market Street**
**Wilmington, DE 19890-0001**

26d.9.    **World Business Lenders**
**Attn: Janet Perez, Finance Sales Mgr**
**3090 Bristol Street, Ste 160**
**Costa Mesa, CA 92626**

26d.10.   **Entreprenuer Growth Capital**
**Attn: Todd Sherer**
**505 Park Ave**
**New York, NY 10022**

26d.11.   **Comerica Bank**
**Attn: Steve Richins/Nancy Meinke**
**3200 E Camelback Road, Ste 150**
**Phoenix, AZ 85018**

26d.12.   **Comerica Bank**
**Attn: Gail Rogers**
**3200 East Camelback Road, Ste 150**
**Phoenix, AZ 85018**

26d.13.   **Offices of Michael R Boulger, CPA, APC**
**Attn: Michael Boulge / My Luong**
**4747 Morena Blvd, Ste 250**
**San Diego, CA 92117**

26d.14.   **JOE? NEED CONTACT INFO**

26d.15.   **Ellin and Tucker**
**400 E Pratt St, Suite 200**
**Baltimore, MD 21202**

26d.16.   **CSG Partners**
**Attn: Alex Mumblat**
**238 South Ridgewood Road #450**
**Greenbrae, CA 94904**

Debtor    **Blue Global, LLC**
Case number *(if known)*

| Name and address |
|---|
| **26d.17.**   **Venable, LLP**<br>**575 Seventh Street NW**<br>**Washington, DC 20004** |
| **26d.18.**   **Law Offices of Robert E Lesser LLC**<br>**7200 Highway 278 NE, Ste 205**<br>**Covington, GA 30014** |
| **26d.19.**   **Funding Strategy Partners**<br>**Attn: Dan Page**<br>**18 S State Street #4**<br>**Newtown, PA 18940** |
| **26d.20.**   **Capital Westins**<br>**Attn: Liz Bikos**<br>**7328 E Stetson Drive**<br>**Scottsdale, AZ 85251** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher Kay | 324 S Beverly Drive #708<br>Beverly Hills, CA 90212 | Manager | 20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Blue Global ESOP** | | | **80%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **Blue Global, LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 25, 2017**

**/s/ Christopher Kim Kay**                          **Christopher Kim Kay**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFF(S)<br>TIMOTHY J. YOO, CHAPTER 7 TRUSTEE | DEFENDANT(S)<br>GLOBAL AGORA DBA UNION SQUARE |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>MONICA Y. KIM (State Bar No. 180139)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Email:  MYK@LNBYB.COM; JSK@LNBYB.COM<br>Attorneys for Timothy J. Yoo, Chapter 7 Trustee<br>Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244 | **ATTORNEYS** (If Known) |

| PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☒ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT FOR: (1) AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS [11 U.S.C. §§ 547(b), 550(a), AND 551]; AND (2) DISALLOWANCE OF ANY CLAIMS HELD BY DEFENDANT [11 U.S.C. § 502(d)]

### NATURE OF SUIT

**(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)**

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief –

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other: VIOLATION OF THE AUTOMATIC STAY (11 U.S.C. § 362)**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $144,450 |

Other Relief Sought:

For recovery of interest, costs, and attorneys' fees and expenses, to the extent recoverable under applicable law and the evidence submitted to the Bankruptcy Court

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**BLUE GLOBAL, LLC** | BANKRUPTCY CASE NO.<br>**2:17-BK-10900-ER** | |
| DISTRICT IN WHICH CASE IS PENDING<br>**CENTRAL** | DIVISIONAL OFFICE<br>**LOS ANGELES DIVISION** | NAME OF JUDGE<br>**THE HON. ERNEST M. ROBLES** |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ *Jeffrey S. Kwong* | | |
| DATE<br>August 24, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Jeffrey S. Kwong | |

# INSTRUCTIONS

      The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

      A party filing an adversary proceeding must also must complete and file Form104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

      The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties** and **Defendants.** Give the names of the parties to the adversary proceeding exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys if known.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.